Buchanan *v.* James, commissioner, *et al.*

Fish, C. J. 1. A motion for a new trial is a means of seeking to have a retrial or re-examination, in the same court, of an issue of fact, or of some part or portion thereof, after decision by a jury, report of a referee, or a decision by the court thereon. It is an application for a retrial of the facts of the case. 2 Thomp. Trials, § 2708; *Castellaw* v. *Blanchard,* 106 *Ga.* 97 (31 S. E. 801) ; 5 Words & Phrases, 4788 et seq.

2. The grant of a nonsuit terminates the case without a final passing upon the issues of fact by a jury, referee, or judge. It is a ruling by the judge, that the plaintiff, under the evidence presented by him, has not

made out such a case as to entitle him to have the jury pass upon the issues of fact. It is a ruling of law by the judge, not a determination of the issues of fact. Under the practice in this State, it does not preclude the plaintiff from bringing another action, and seeking to make out his case by the introduction of evidence on the trial thereof.

3. It follows from the distinction which will appear from the two preceding headnotes that where the presiding judge grants a nonsuit, and thus terminates the case before a verdict or decision upon the issues of fact, a motion for a new trial is not the proper mode of. testing the correctness of such ruling. See *Hudson* v. *Georgia Pacific Ry. Co.*, 85 *Ga.* 203 (11 S. E. 605); *Central Railroad Co.* v. *Folds*, 86 *Ga.* 42 (12 S. E. 216); *Swain* v. *Macon Fire Ins. Co.*, 102 *Ga.* 96, 103 (29 S. E. 147); *Southern Railway Co.* v. *James*, 114 *Ga.* 198 (39 S. E. 849); *City of Atlanta* v. *Miller*, 125 *Ga.* 495 (54 S. E. 538).

3. There was no error in dismissing the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

MAY 11, 1910.

Motion. Before Judge Worrill. Early superior court. July 23, 1909.

*Pottle & Glessner* and *Park & Collins,* for plaintiff.

*R. H. Sheffield* and *Pope & Bennet,* for defendants.